UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
2:14-cv-242-FtM-38DNF

HOSPITALISTS MANAGEMENT
GROUP, LLC,

    Plaintiff,

vs.

FLORIDA MEDICAL AFFILIATES, INC.,
KHALID SABHA AND ANNE RONCO,

    Defendants.
_____/

## MOTION FOR EXPEDITED DISCOVERY

Plaintiff, Hospitalists Management Group, LLC, has filed against Defendants its Complaint along with its Motion for Preliminary Injunction and Memorandum of Law in Support of Motion for Preliminary Injunction. Plaintiff moves this Court for expedited discovery in order to prepare for a preliminary injunction hearing. Plaintiff seeks an order from the Court 1) granting leave to depose the individual Defendants and employees during the relevant time period of Defendant Florida Medical Affiliates, Inc. ("FMA") including Tammy Walsh and Stacy Hermina[1] (both who have information regarding Defendants' misconduct) before the preliminary discovery conference set forth in Fed. R. Civ. P. 26(f) and within a time frame that provides the parties a reasonable

---

[1] Upon information and belief, Stacy Hermina is no longer employed by Defendant FMA. In anticipation that Defendant FMA may claim she is a party representative, Plaintiff has included her in this motion. Plaintiff is not waiving its right to seek affidavit testimony from Ms. Hermina for the preliminary injunction hearing should this Motion be denied.

time to prepare for a preliminary injunction hearing; 2) granting Plaintiff leave immediately to serve limited Requests for Production of Documents upon Defendants to obtain documents, including e-mails, in Defendants' possession that (a) constitute or contain Plaintiff's proprietary information and (b) that evidence Defendant Ronco's relationship and communications with the other Defendants; 3) ordering Defendants to respond to the written discovery requests within five (5) days of the date on which such Requests are served, rather than within the time periods imposed by Fed. R. Civ. P. 33 and 34; and 4) requiring Defendants to answer Plaintiff's Complaint within five (5) days of service, rather than within the period set forth in Fed. R. Civ. P. 12.

Plaintiff seeks to obtain this discovery in anticipation of a hearing on Plaintiff's Motion for a Preliminary Injunction. As set forth in the Complaint, Motion for Preliminary Injunction and Memorandum in Law in Support of Motion for Preliminary Injunction, Plaintiff will suffer irreparable damage from Defendants' continued misuse of Plaintiff's confidential business information and Defendant Ronco's continued employment with Defendant FMA, a direct competitor of Plaintiff. To prove the extent of the conduct alleged in the Complaint, the depositions of Defendants are needed. Moreover, information related to Plaintiff's claims, and particularly the full extent to which Defendants' current conduct is harming Plaintiff, are within Defendants' possession, custody and control.

It is probable that a full trial of this cause will not occur until the one-year term of Defendant Ronco's non-competition covenant with Plaintiff has expired and possibly until the two-year term of Defendant Ronco's non-solicitation covenant has expired. At

that time, Plaintiff will have already suffered irreparable harm resulting from Defendants' misuse of Plaintiff's confidential information and Defendant Ronco's employment with Defendant FMA if a preliminary injunction has not been issued to revert to the status quo. Thus, it is absolutely necessary that Plaintiff be allowed to engage in discovery essential to present its case to the Court at the preliminary injunction hearing. A memorandum in support of this Motion is filed herewith.

Dated this 9th day of May, 2014.

Respectfully submitted,

*s/ Marissa D. Kelley*
Marissa D. Kelley
Florida Bar No. 379300
Co-Counsel for Plaintiff
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Telephone: (954) 462-9500
Facsimile: (954) 462-9567
mkelley@stearnsweaver.com

Leslie Goff Sanders
*Pending Admission Pro Hac Vice*
Tennessee Bar No. 18973
Kentucky Bar No. 86863
Lead Counsel for Plaintiff
**WEBB SANDERS PLLC**
2784 HWY 31W
White House, Tennessee 37188
Telephone: (615) 581-0804
Facsimile: (615) 581-0805
lsanders@webbsanderslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document and the notice of electronic filing are being served this day to the following non-CM/ECF participants via Federal Express Overnight Delivery.

Florida Medical Affiliates, Inc.
c/o Robert Bader
1500 E. Hillsboro Blvd #204
Deerfield Beach, FL 33441

Khalid Sabha
8971 Daniel Center Drive
Unit 307
Fort Myers, FL 33912

Anne Ronco
3810 Little Creek Drive
Fort Myers, FL 33905

*s/ Marissa D. Kelley*
Marissa D. Kelley

#3507409 v1

4