UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOSPITALISTS MANAGEMENT
GROUP, LLC,

    Plaintiff,

v.                          Case No: 2:14-cv-242-FtM-38DNF

FLORIDA MEDICAL AFFILIATES,
INC., KHALID SABHA and ANNE
RONCO,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on Motion for Preliminary Injunction (Doc. #8) and Motion for Expedited Discovery (Doc. #11) filed on May 9, 2014.

Accordingly, it is now

**ORDERED:**

1. Plaintiff shall immediately serve on all Defendants copies of (1) the Amended Complaint (Doc. #6); (2) the Motion for Preliminary Injunction (Doc. #8) and memorandum (Doc. #9); (3) the Motion for Expedited Discovery (Doc. #11) and memorandum (Doc. #12); and this Order. On or before **May 26, 2014**, Plaintiff shall file proof of service of these documents.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.


2. On or before **May 30, 2014**, Defendants may, in accordance with Local Rule 4.06, file one consolidated response in opposition to Plaintiff's motions, including all counter or opposing affidavits.

3. On **June 24, 2014**, at 10:00 a.m., the Parties shall appear for a hearing on the motion before the undersigned at the U.S. Courthouse for the Middle District of Florida, Fort Myers Division, 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901. No oral testimony will be permitted at the hearing. Each side will be allowed a total of thirty minutes for oral argument. The Clerk is directed to issue a notice accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of May, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record