UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOSPITALISTS MANAGEMENT
GROUP, LLC,

       Plaintiff,

v.                                  Case No:  2:14-cv-242-FtM-38DNF

FLORIDA MEDICAL AFFILIATES,
INC., KHALID SABHA and ANNE
RONCO,

       Defendants.

_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 8) filed on May 9, 2014. The Parties filed a stipulation with regard to the Motion for Preliminary Injunction on June 24, 2014. (Doc. 33). This matter is now ripe for review.

Plaintiff Hospitalists Management Group, LLC filed an Amended Complaint on May 7, 2014, against Defendants Florida Medical Affiliates, Inc., Khalid Sabha, and Anne Ronco. (Doc. 6). There are four counts in the Complaint: tortious interference with contractual and business relations (Sabha and FMA) (Count I); breach of contract (Ronco) (Count II); misappropriation of trade secrets (all) (Count III); and civil conspiracy (all) (Count IV). In addition to filing the Complaint, Hospitalists Management Group filed

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

this instant motion for Preliminary Injunction and a Motion to Expedite Discovery. (Doc.

8; Doc. 11). After holding a hearing, the Parties were able to agree to expedite discovery.

(See Doc. 28). The Parties have now stipulated to a preliminary injunction order and thus

have agreed to forego a preliminary injunction hearing. (Doc. 33). The Court has reviewed

the terms of the stipulation and has found good cause to order the agreed upon relief.

Accordingly, it is now

**ORDERED:**

1.  Motion for Preliminary Injunction (Doc. 8) is **GRANTED**.

2.  Pursuant to the Parties' stipulation (Doc. 33):

    a.  Defendant Ronco's employment with Defendant Florida Medical
        Affiliates ("FMA") will terminate effective June 19, 2014.

    b.  Defendant Ronco may not provide any services to or on behalf of
        Defendant FMA or Defendant Sabha including as an employee,
        independent contractor, partner, owner, investor, vendor or in any other
        capacity from June 19, 2014 through June 19, 2015.  Defendant Ronco
        will comply with the Employee Proprietary Information and Inventions
        Agreement ("EPII") in all respects, not only with respect to Defendants
        Sabha and FMA but also with respect to any other entities or individuals
        covered in the EPII.  With respect to the provisions of the EPII that have
        a specified restricted period, the restricted period for Defendants Sabha
        and FMA will begin to run on June 19, 2014.  With respect to all other
        entities and individuals covered in the EPII, the restricted period will be
        begin to run on March 28, 2014.

    c. Defendant Ronco will return any and all information she retained during her employment with Plaintiff, including confidential and non-confidential information and including but not limited to, e-mails, text messages, documents (both electronically stored and in hard copy), files, data and any other information stored in any format no later than June 19, 2014.

    d. Defendants Sabha and FMA will return any and all business information related to Plaintiff no later than June 23, 2014.  Defendants will not incorporate any of the information described in paragraphs c and d in any materials or presentations.

    e. This Order is not intended to be a ruling on the reasonableness of the geographic scope of the EPII with respect to Hospitalists or Hospitalist Management Groups other than Defendants Sabha and FMA.

3. This stipulated Preliminary Injunction Order is entered without any findings of fact or conclusions of law and shall not be construed as an adjudication on the merits in this or any other proceeding.

4. The Clerk is directed to **CANCEL** the **June 25, 2014** Preliminary Injunction hearing.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3