UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOSPITALISTS MANAGEMENT GROUP, LLC,

    Plaintiff,

v.                                        Case No:   2:14-cv-242-FtM-38DNF

FLORIDA MEDICAL AFFILIATES, INC., KHALID SABHA and ANNE RONCO,

    Defendants.
_____/

## ORDER

This matter comes before the Court *sua sponte*. On September 8, 2014, the Court entered a Case Management and Scheduling Order (Doc. #43) which directed the parties to file a stipulation selecting the mediator within fourteen (14) days of the date of the Order. To date, the Court has not received any stipulation or notice as to the selection of the mediator. Accordingly, it is now

**ORDERED:**

The parties shall have up to and including **October 24, 2014** to provide the Court with the name of the selected mediator as directed in the Case Management and Scheduling Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of October, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record