UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOSPITALISTS MANAGEMENT GROUP, LLC,

    Plaintiff,

v.    Case No: 2:14-cv-242-FtM-38DNF

FLORIDA MEDICAL AFFILIATES, INC., KHALID SABHA and ANNE RONCO,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Stipulation for Dismissal with Prejudice (Doc. #54) filed on June 22, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. Rule 41(a)(1)(A) reads,

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the parties stipulate that all claims are dismissed with prejudice. Both parties have signed the stipulation. The parties request the Court to retain

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

jurisdiction to enforce the terms of a written resolution between the parties, however, the Court respectfully declines the request.

Accordingly, it is now

**ORDERED:**

Pursuant to Stipulation of Dismissal with Prejudice (Doc. #54) and Rule 41(a)(1)(A)(ii), this matter is **DISMISSED with prejudice**. The Court will not retain jurisdiction over the parties' resolution in this case. The Clerk is directed to close the file, terminate any and all pending motions, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record